THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Jerome Johnson,       
Appellant.
 
 
 

Appeal From Sumter County
Thomas W. Cooper, Jr., Circuit Court 
 Judge

Opinion No.  2003-UP- 137
Submitted January 10, 2003- Filed February 
 18, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak,; for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; Cecil Kelley Jackson, of Sumter; for Respondent.
 
 
 

PER CURIAM:  On November 7, 2001, Jerome 
 Johnson pled guilty to the charge of attempted escape.  He was sentenced to 
 six years imprisonment.  On appeal, Johnson argues that his guilty plea failed 
 to comply with the mandates set forth in Boykin v. Alabama, 395 U.S. 
 238 (1969).
Johnsons appellate counsel submitted a petition 
 to be relieved as counsel, stating he had reviewed the record and has concluded 
 Johnsons appeal is without merit.  Johnson has not filed any materials on his 
 own behalf.
After a review of the record as required by Anders 
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues 
 that are arguable on their merits.  Accordingly, we dismiss Johnsons appeal 
 and grant counsels motion to be relieved. [1] 
 APPEAL DISMISSED.
Hearn, CJ., Goolsby, and Shuler, JJ., 
 concur.

 
 [1]   Because oral argument would not aid the court 
 in resolving the issues on appeal, we decide this case without oral argument 
 pursuant to Rules 215 and 220(b)(2), SCACR.